1 | (Counsel Listed on Signature Page)
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPEAKWARE, INC.,<br>           Plaintiff,<br>   v.<br>MICROSOFT CORP.,<br>           Defendant. | Civil Action No.<br>8:18-cv-01293-DOC (DFMx)<br>**Lead case**<br><br>**DEFENDANTS' NOTICE OF MOTION AND RENEWED MOTION TO STAY PENDING INTER PARTES REVIEW**<br><br>Hon. Judge David O. Carter<br>Date: June 24, 2019<br>Time: 8:30 a.m.<br>Courtroom: 9D |
| SPEAKWARE, INC.,<br>           Plaintiff,<br>   v.<br>GOOGLE LLC,<br>           Defendant. | Civil Action No.<br>8:18-cv-01299-DOC (DFMx) |

| | |
|---|---|
| SPEAKWARE, INC.,<br>             Plaintiff,<br>   v.<br>SAMSUNG ELECS. CO., LTD. and<br>SAMSUNG ELECS. AMERICA, INC.<br>             Defendants. | Civil Action No.<br>8:18-cv-01300-DOC (DFMx) |
| SPEAKWARE, INC.,<br>             Plaintiff,<br>   v.<br>APPLE INC.,<br>             Defendant. | Civil Action No.<br>8:18-cv-01302-DOC (DFMx) |
| SPEAKWARE, INC.,<br>             Plaintiff,<br>   v.<br>AMAZON.COM, INC.,<br>             Defendant. | Civil Action No.<br>8:18-cv-01303-DOC (DFMx) |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** on June 24, 2019, at 8:30 a.m., or as soon as the matter may be heard thereafter, before the Honorable David O. Carter in Courtroom 9D of the United States District Court for the Central District of California, Santa Ana Division, located at 411 W. 4th Street, Santa Ana, CA 92701, Defendants Microsoft Corporation, Google LLC, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Apple Inc., and Amazon.com, Inc. ("Defendants") will and do move this Court for an Order for a stay of litigation pending final resolution of *inter partes* review proceedings challenging U.S. Patent No. 6,397,186.

Defendants' motion is based on this Notice, the accompanying Memorandum of Points and Authorities, all pleadings and papers on file in this action, and such other argument and evidence as may be presented to the Court before or at the hearing on this matter.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on May 17, 2019.

Dated: May 24, 2019

Respectfully submitted,

By: */s/ Luann L. Simmons*
DARIN W. SNYDER (SBN 136003)
dsnyder@omm.com
LUANN L. SIMMONS (SBN 203526)
lsimmons@omm.com
DAVID ALMELING (SBN 235449)
dalmeling@omm.com
BILL TRAC (SBN 281437)
btrac@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
*Attorneys for Defendant Google LLC*

| | |
|---|---|
| 1 | By: /s/ Michael Song |
| | MICHAEL SONG (SBN 243675) |
| 2 | michael.song@ltlattorneys.com |
| | HEATHER F. AUYANG (SBN 191776) |
| 3 | heather.auyang@ltlattorneys.com |
| | LTL ATTORNEYS LLP |
| 4 | 300 South Grand Ave., 14th Floor |
| | Los Angeles, CA 90071 |
| 5 | Tel: 213-612-8900 |
| | Fax: 213-612-3773 |
| 6 | *Attorneys for Defendant Microsoft Corporation* |
| 7 | |
| 8 | By: /s/ Jin-Suk Park |
| | JIN-SUK PARK (*pro hac vice*) |
| | jin.park@arnoldporter.com |
| 9 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 10 | 601 Massachusetts Ave., NW |
| | Washington, DC 20001-3743 |
| 11 | Tel. (202) 942-5000 |
| | Fax (202) 942-5999 |
| 12 | |
| 13 | RYAN M. NISHIMOTO (SBN 235208) |
| | ryan.nishimoto@arnoldporter.com |
| | ARNOLD & PORTER KAYE SCHOLER |
| 14 | LLP 777 S. Figueroa Street, 44th Floor |
| | Los Angeles, CA 90017-5844 |
| 15 | Telephone: (213) 243-4000 |
| | Facsimile: (213) 243-4199 |
| 16 | *Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.* |
| 17 | |
| 18 | By: /s/ Bita Rahebi |
| | BITA RAHEBI (SBN 209351) |
| 19 | BRahebi@mofo.com |
| | HECTOR G. GALLEGOS (SBN 175137) |
| 20 | HGallegos@mofo.com |
| | NICHOLAS RYLAN FUNG (SBN 312400) |
| 21 | NFung@mofo.com |
| | MORRISON & FOERSTER LLP |
| 22 | 707 Wilshire Boulevard |
| | Los Angeles, California 90017-3543 |
| 23 | Telephone: 213.892.5200 |
| | Facsimile: 213.892.5454 |
| 24 | |
| 25 | RICHARD S.J. HUNG (SBN 197425) |
| | RHung@mofo.com |
| | MORRISON & FOERSTER LLP |
| 26 | 425 Market Street |
| | San Francisco, California 94105-2482 |
| 27 | Telephone: 415.268.7000 |
| | Facsimile: 415.268.7522 |
| 28 | *Attorneys for Defendant Apple Inc.* |

| | |
|---|---|
| 1 | *By: /s/ Jeremy A. Anapol* |
| 2 | JOSEPH R. RE (SBN 134479) |
|   | joe.re@knobbe.com |
| 3 | JOSEPH S. CIANFRANI (SBN 196186) |
|   | joe.cianfrani@knobbe.com |
| 4 | JEREMY A. ANAPOL (SBN 285828) |
|   | jeremy.anapol@knobbe.com |
| 5 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 6 | 2040 Main Street, Fourteenth Floor |
|   | Irvine, CA  92614 |
| 7 | Phone: (949) 760-0404 |
|   | Facsimile: (949) 760-9502 |
|   | *Attorneys for Defendant Amazon.com, Inc.* |

**ECF ATTESTATION**

I, Luann Simmons, am the ECF User whose ID and password are being used to file **DEFENDANTS' NOTICE OF MOTION AND RENEWED MOTION TO STAY PENDING INTER PARTES REVIEW**.  In accordance with Local Rule 5-4.3.4, concurrence in and authorization of the filing of this document has been obtained from all of the signatories listed above.

Dated:  May 24, 2019　　　　　　　　O'MELVENY & MYERS LLP


　　　　　　　　　　　　　　　　　　　By:   */s/ Luann L. Simmons*
　　　　　　　　　　　　　　　　　　　　　　Luann L. Simmons

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　GOOGLE LLC